UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KRISTA L. BURGESS and GREGORY BURGESS,

    Plaintiffs,

  v.

LISA K. FIEBER, as Executor of the Estate of Samuel L. Fieber, Deceased,

    Defendant,

and

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND,

    Interested Party.

Case No. 10-cv-918-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's November 18, 2010, order to show cause (Doc. 5) and Mid Central Operating Engineers Health and Welfare Fund's motion to voluntarily remand this case (Doc. 6). The Court ordered Mid Central Operating Engineers Health and Welfare Fund to show cause (1) why this case should not be remanded to state court for lack of subject matter jurisdiction for failure to present a federal question and (2) why, under 28 U.S.C. § 1447(c), the Court should not impose costs and actual expenses, including attorney fees, incurred by the plaintiffs as a result of the removal. It further indicated a motion to voluntarily remand this case would be an acceptable response to the order to show cause. In light of Mid Central Operating Engineers Health and Welfare Fund's motion for voluntary remand, the Court **DISCHARGES** the order to show cause (Doc. 5), **GRANTS** the motion to remand (Doc. 6) and **REMANDS** this case for lack of subject matter jurisdiction to the Circuit Court for the Second Judicial Circuit, Wayne County, Illinois.

**IT IS SO ORDERED.**
**DATED:  November 23, 2010**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**